# United States District Court
## DISTRICT OF KANSAS

In the Matter of the Seizure of:

Seventeen Electronic Accounts Identified On
Attachment A, Stored At Google, LLC,
1600 Amphitheatre Parkway, Mountain View,
CA 94043

**SEIZURE WARRANT**

CASE NO: 24-mj-08144-TJJ

<u>**UNDER SEAL**</u>

TO: Jerad Hall, Authorized Officer of the United States:

    An affidavit having been made before me by Special Agent Jerad Hall who has reason to believe that in the District of Kansas or elsewhere and within the jurisdiction of the United States pursuant to 18 U.S.C. § 981(b)(3), there is now certain property which is subject to forfeiture to the United States, namely:

    Seventeen Electronic Accounts Identified On Attachment A, Stored At Google, LLC,
1600 Amphitheatre Parkway, Mountain View, CA 94043.

    I am satisfied that the affidavit establishes probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant, pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(G), 18 U.S.C. § 982(a), and 28 U.S.C. § 2461 for violations of Title 18, U.S.C. §§ 371, 1030, and 1956(h).

    YOU ARE HEREBY COMMANDED to seize within 14 days the property specified, serving this warrant and making the seizure (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable case has been established), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to any United States District Court Judge or Magistrate Judge.

July 24, 2024, at 9:04 a.m.     at    Topeka, Kansas
Date and Time Issued                        City and State

*Rachel Schwartz*
THE HONORABLE RACHEL E. SCHWARTZ
United States Magistrate Judge

# ATTACHMENT A

## I. Seizure Procedure

A. The seizure warrant will be transmitted electronically to personnel of the provider listed in Section II ("**Subject Provider**") who is directed to make any changes necessary to restrain and lock the **Target Accounts** pending transfer of all rights, title, and interest in the **Target Accounts** to the United States upon completion of forfeiture proceedings.

B. Upon seizure of the **Target Accounts**, the **Subject Provider** shall take all steps necessary to restrain and lock the account to ensure that access to or manipulation of the forfeitable property cannot be made absent a court order or, if forfeited to the United States government, without prior consultation with the United States.

C. The **Subject Provider** shall disable all access to the **Target Accounts** except as necessary for the **Subject Provider** to comply with any additional legal process or engage in normal business operations.

## II. Subject Provider

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043

## III. Target Accounts

raajivkum26@gmail.com
songvedembmt1@gmail.com
daviddpedroo999@gmail.com
david.0000.paul@gmail.com
kopasrsele@gmail.com
coinhakohuobi@gmail.com
kasurkurma20feb@gmail.com
busisyhasi@gmail.com
jamie.dornan05@gmail.com
asitdolui6666@gmail.com
tayronqxhardy07@gmail.com
leeboreas@gmail.com
vkr5731@gmail.com
duttapritom78@gmail.com
nirmhanpandiri@gmail.com
nicolas6999999@gmail.com
reneefletcher1988@gmail.com

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/24/2024 | DATE AND TIME WARRANT EXECUTED<br>7/24/2024 at 12:54pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Google, LLC |
| INVENTORY MADE IN THE PRESENCE OF<br>N/A | | |

**INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT**

On 7/25/2024 Google confirmed the following accounts were suspended:

raajivkum26@gmail.com
Jongvedembmt1@gmail.com
daviddpedroo999@gmail.com
david.0000.paul@gmail.com
kopasrsele@gmail.com
comhakohuobi@gmail.com
KasurKurma20feb@gmail.com
busisyhasi@gmail.com
jamie.dornan05@gmail.com
asitdolui6666@gmail.com
tayronqxhardy07@gmail.com
leeboreas@gmail.com
vkr5731@gmail.com
duttapritom78@gmail.com
hirnhanpandiri@gmail.com
nicolas6999999@gmail.com
reneefletcher1988@gmail.com

* See attached email confirmation from Google.

**CERTIFICATION**

[If returned in front of Judge]

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Signed: _____

Subscribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate          Date

[If Judge not present]

I declare under penalty of perjury that the foregoing is true and correct.

Signed: *Jerrod Wilton Hall*
Executed on [date]: 7/25/2024

# Re: [EXTERNAL] Re: FW: [EXTERNAL EMAIL] - LERS Submission Confirmation - Google Reference. No. 65522242

**Francis Franze-Nakamura <franze@google.com>**
Thu 7/25/2024 11:34 AM
To: Brown, George (NSD) (JMD) <George.Brown3@usdoj.gov>
Cc: US LE Counsel <uslawenforcement-counsel@google.com>; Hall, Jerad W. (KC) (FBI) <jwhall@fbi.gov>

George,

I'm writing to confirm that the subject accounts have been suspended on our end.

All the best,

Francis

_____

Francis Franze-Nakamura
Security Counsel
Google, LLC
Franze@google.com


On Wed, Jul 24, 2024 at 11:37 AM Francis Franze-Nakamura <franze@google.com> wrote:
> Thanks!
>
> _____
> Francis Franze-Nakamura
> Security Counsel
> Google, LLC
> Franze@google.com
>
>
> On Wed, Jul 24, 2024 at 11:37 AM Brown, George (NSD) <George.Brown3@usdoj.gov> wrote:
>> Sorry, 10 Central/11 Eastern.
>>
>> George S. Brown
>> Trial Attorney
>> National Security Cyber Section
>> Cell: (202) 251-7550
>>
>>> On Jul 24, 2024, at 1:35 PM, Brown, George (NSD) <George.Brown3@usdoj.gov> wrote:
>>>
>>> Francis,
>>>
>>> Appreciate the quick response and understand this is very short notice. There will be an announcement tomorrow at 11 a.m. Central. Mandiant is publishing information around that time as well.
>>>
>>> Thank you for looking into this.
>>>
>>> George
>>>
>>> George S. Brown
>>> Trial Attorney
>>> National Security Cyber Section
>>> Cell: (202) 251-7550
>>>
>>>> On Jul 24, 2024, at 1:27 PM, Francis Franze-Nakamura <franze@google.com> wrote:

Hi George,

Unfortunately, it will be challenging to intake and process the warrant on such short notice. But, we are looking into it.

In the unlikely event that we are able to action the warrant, is there a particular time tomorrow that the announcement will be made?

With best regards,

Francis

_____

Francis Franze-Nakamura
Security Counsel
Google, LLC
Franze@google.com

On Wed, Jul 24, 2024 at 11:03 AM 'Brown, George (NSD)' via uslawenforcement-counsel <uslawenforcement-counsel@google.com> wrote:

> US LE Counsel,
>
> The United States has obtained a seizure warrant for a number of Google accounts related to a national security investigation, and Special Agent Hall just served it (Google Ref. No. 65522242). The warrant/attachment explain the seizure procedure. Due to concurrent U.S. government and private sector actions (including action by Google/Mandiant) that will be announced tomorrow, we request that the accounts be seized/locked today, if possible.
>
> Please feel free to contact me with any questions.
>
> Thank you,
>
> George
>
> George S. Brown
>
> Trial Attorney
>
> National Security Cyber Section (NatSec Cyber)
>
> U.S. Department of Justice, National Security Division
>
> Cell: (202) 251-7550
>
> **From:** Jerad Hall <jwhall@fbi.gov>
> **Sent:** Wednesday, July 24, 2024 12:58 PM
> **To:** Brown, George (NSD) <George.Brown3@usdoj.gov>
> **Cc:** Sydnee Freeman <SMFreeman@FBI.GOV>; Gupta, Neeraj (NSD) <Neeraj.Gupta@usdoj.gov>
> **Subject:** Fw: [EXTERNAL EMAIL] - LERS Submission Confirmation - Google Reference. No. 65522242
>
> George,

Reference Number to Google for service of Seizure Warrant at approximately 12:54pm Central Time on 7/24/2024.

Jerad

V/R,

SA Jerad W. Hall

Kansas City Division

Cell: 714-837-6036

---

**From:** lers-noreply@google.com <lers-noreply@google.com>
**Sent:** Wednesday, July 24, 2024 12:54 PM
**To:** Hall, Jerad W. (KC) (FBI) <jwhall@fbi.gov>
**Subject:** [EXTERNAL EMAIL] - LERS Submission Confirmation - Google Reference. No. 65522242

Hello,

This is an automated response to advise you that Google has successfully received your legal request submission.

Google receives a very high volume of legal requests every day and we process requests in the order that we receive them. You may monitor the status of your request by logging into your LERS account.

If your request relates to exigent circumstances or if you have further questions, please email USLawEnforcement@google.com and include the Google reference number listed in the subject line. Please include a description of the exigency or your question(s) so that we may assess your request accordingly.

Regards,
Google Legal Investigations Support

We process your information as described in the Privacy policy.

--
You received this message because you are subscribed to the Google Groups "uslawenforcement-counsel" group.
To unsubscribe from this group and stop receiving emails from it, send an email to uslawenforcement-counsel+unsubscribe@google.com.
To view this discussion on the web visit
https://groups.google.com/a/google.com/d/msgid/uslawenforcement-counsel/PH3P110MB205072F38EC61A4F562D326FABAAA%40PH3P110MB2050.NAMP110.PROD.OUTLOOK.COM.
For more options, visit https://groups.google.com/a/google.com/d/optout.